# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

In re Guardianship of Joan B. Maxwell, a partially
incapacitated person.

MARGARET MAXWELL ZAGEL,

Appellant,

v.

MARY HOWARD-WINTERS, as guardian of Joan B. Maxwell, a
partially incapacitated person,

Appellee.

No. 2D2025-0053

_____

February 4, 2026

Appeal from the Circuit Court for Sarasota County; Charles E. Williams,
Judge.

J. Ronald Denman, Lawrence O. Held, and Richard W. Ervin, IV, of
Bleakley Bavol Denman & Grace, P.A., for Appellant.

James L. Essenson and Barbara J. Welch of Essenson Law Firm,
Sarasota, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.